AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ROGER LYNN MAY | ) Case No: 4:19-cr-00131-04-JM |
| | ) USM No: 60188-177 |
| Date of Original Judgment: 06/10/2021 | ) |
| Date of Previous Amended Judgment: _____ | ) Michael Heiskell |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 13, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

## ORDER REGARDING MOTION FOR AMENDMENT 821 SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __168__ months **is reduced to** __151__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/10/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/13/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

U.S. District Judge James M. Moody, Jr.
*Printed name and title*